# In the United States Court of Federal Claims

No. 21-2067C
(Filed: December 23, 2021)

```
*****************************************
WILLIAM ALMOND, et al.,              *
                                     *
              Plaintiffs,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
                                     *
*****************************************
```

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Stay (ECF 5), this case is **STAYED** pending the Federal Circuit's resolution of *Cody Adams v. United States*, No. 21-1662 (Fed. Cir. argued Oct. 6, 2021). The parties shall file a joint status report proposing further proceedings **30 days** after the decision by the Federal Circuit becomes final and unappealable.

**IT IS SO ORDERED.**

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge